IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CEVE EDWARDS, 28703-077,** | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:12-CV-1888-L** |
| | § | |
| **WARDEN REBECCA TAMEZ**, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Ceve Edwards's ("Edwards" or "Petitioner") Petition for Writ of Habeas Corpus, filed on May 7, 2012, pursuant to 28 U.S.C. § 2241.  The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 28, 2013, recommending that the habeas petition be denied and the action dismissed without prejudice for failure to exhaust administrative remedies. No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  The court therefore **denies** Edwards's Petition for Writ of Habeas Corpus, and **dismisses** this action **without prejudice**.

**It is so ordered** this 2nd day of April, 2013.

Sam A. Lindsay
United States District Judge

Order – Solo Page